19206. Lowman *v.* City of Atlanta *et al.*

Head, Justice. This case is controlled by the rulings made in *Hunter* v. *City of Atlanta,* ante.

Argued January 11, 1956—Decided February 13, 1956.

*Judgment affirmed. All the Justices concur.*

*Jos. J. Fine, John H. Mobley, F. H. Boney,* for plaintiff in error.

*J. C. Savage, J. C. Murphy, J. M. B. Bloodworth, Martin Mc-Farland, Newell Edenfield, Henry L. Bowden, Robert S. Wiggins,* contra.